UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

May 27 2026

**ARTHUR JOHNSTON, CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO.: 1:26mj606-RPM

**Denver Keith Golmon**

## BRADY ORDER

By this order—issued to the prosecution and defense counsel—the court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law.

This written order is entered under Rule 5(f)(1) of the Federal Rules of Criminal Procedure and is in addition to the oral order entered by the court on the first scheduled court date when both the prosecutor and defense counsel were present.

SO ORDERED on this 27th day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

Received and Acknowledged:

_____
Prosecutor

_____
Defense Counsel