AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

United States of America
v.
DENVER KEITH GOLMON

)
)
)
)
)
)
)

Case No.   1:26-mj- 606-RPM

_____
*Defendant*

MAY 26 AM 11:59

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     DENVER KEITH GOLMON                                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment       ❏ Superseding Indictment       ❏ Information       ❏ Superseding Information       ☑ Complaint

❏ Probation Violation Petition       ❏ Supervised Release Violation Petition       ❏ Violation Notice       ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1513(e) -  Retaliating Against a Witness, Victim, or an Informant

Date: 5-26-2026 _____

_____
*Issuing officer's signature*

City and state:     Gulfport, Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
MAY 27 2026
ARTHUR JOHNSTON
BY _____ DEPUTY

Robert P. Myers, Jr., United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/26/26 , and the person was arrested on *(date)* 5/27/26

at *(city and state)* Hammond LA .

Date: 5/27/26 _____

_____  For HSI
*Arresting officer's signature*

J. Patrick        DUSM
*Printed name and title*