# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

### BEFORE THE HONORABLE BRADLEY W. RATH

### PRELIMINARY/DETENTION HEARING

| Case Number: | 1:26-mj-00606-RPM | UNITED STATES vs. Golmon | |
|---|---|---|---|
| Hearing Date: | 6/1/2026 | Time In and Out: | 9:30 am to 11:25 am |
| Clerk: | AB | Courtroom: | 683 |
| Defendant: | Denver Keith Golmon | Defendant's Counsel: | Robert Harenski/ Sean Buckley |
| AUSA: | Erica Rose | Pretrial/Probation: | Matthew Sones |
| Interpreter: | N/A | DUSMs: K. Patrick/B. Alford | |
| CSO: | J. Dedeaux | | |

| | Testimony and Evidence Presented on Behalf of the Government: | |
|---|---|---|
| ☒ | Witnesses:  HSI Special Agent Tchanavian Cola | |
| ☒ | Exhibits: Ex. G-1 - Pretrial Services Report (Under Seal); Ex. G-2 - Email dated 5/29/2026 (Under Seal); Ex. G-3 – Text messages dated 4/29/2026 (Under Seal) | |

| | Testimony and Evidence Presented on Behalf of Defendant | |
|---|---|---|
| ☐ | Witnesses: | |
| ☐ | Exhibits: | |

| | Custody Status | |
|---|---|---|
| ☐ | Defendant waived preliminary hearing | |
| ☐ | Defendant waived detention hearing | |
| ☒ | Defendant  remanded to custody of United States Marshal's Service | Order of Detention entered. |
| ☐ | Defendant released on bond. | $25,000 Unsecured Appearance bond. |
| ☐ | Conditions of release imposed | Order Setting Conditions of Release entered. |

| | Other | |
|---|---|---|
| ☒ | As to the Preliminary hearing, the Court found sufficient probable cause and ordered the defendant bound over for the next grand jury. | |
| ☒ | Robert Harenski moved *ore tenus* to withdraw as counsel.  No objection from Defendant or Defendant's retained counsel.  Court granted the motion and a Waiver of Court Appointed Counsel was executed. | |