SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUN - 1 2026

ARTHUR JOHNSTON
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                        CASE NO.   1:26-mj-00606-RPM

DENVER KEITH GOLMON

## WAIVER OF COURT APPOINTED COUNSEL

The above named defendant, after being advised of the nature of the

charge(s) and of his/her rights, hereby waives in open court, court-appointed

counsel, if qualified, to represent him/her.

_____
Defendant

_____
Witness

Date  6/1/26